GRACE JOHNSON, APPELLANT, v. ULSTER IRON WORKS, RESPONDENT.

Submitted February 12, 1932—Decided May 16, 1932.

For the appellant, *John C. Grimshaw.*

For the respondent, *Harley, Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.